UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUSCIENCE CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT HENKEL, et al.,<br><br>    Defendants. | No. CV 08-2661 R (FFMx)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action, the attached Report and Recommendation of United States Magistrate Judge ("Report"), and the objections thereto. Good cause appearing, the Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

    IT IS ORDERED that Joseph and Sharon Henkel are in civil contempt of the Judgment and the 2012 Contempt Order. In addition, Joseph and Sharon are ordered to:

    (1) take down all websites that fail to comply with the Judgment and the

    2012 Contempt Order, including but not limited to

    http://thetruthaboutcellfood.angelfire.com, and

    http://henkelo2.angelfire.com;

(2) take down all Facebook material that fails to comply with the Judgment, including but not limited material appearing on pages for the following accounts: "Joe Henkel," "dueterator," "The Truth About Cellfood," and "Henkel O2 Earth and Water Solution";

(3) cease publishing, directly or indirectly, any representations that they or defendants know or possess plaintiff's trade secrets; the Storey formula, or the ingredients, formula, or know-how of CELLFOOD;

(5) cease publishing, directly or indirectly, any express or implied representations or threats that they or defendants are going to publish, release, or reveal the CELLFOOD formula and/or the Storey formula;

(6) compensate plaintiff for the reasonable attorney's fees and costs it expended in prosecuting its applications; and

(7) pay a fine to the Court of $5,000 *per diem*, until such time as (a) all offending websites, Facebook posts, and other Internet material are taken down; and (b) the Court is provided with satisfactory sworn evidence of the removal of the offending material and the steps taken to prevent its reappearance. Such *per diem* fine should not commence until 14 days after entry of the Court's order finding Joseph and Sharon Henkel in contempt.

DATED: January 5, 2015

MANUEL L. REAL
United States District Judge